IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| AMERICAN HEALTHNET, INC., A Nebraska Corporation, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | 8:04CV9 |
| WEST SIDE COMMUNITY HOSPITAL, INC., An Illinois Corporation d/b/a/ SACRED HEART HOSPITAL, | ) ) ) ) | ORDER |
| Defendant. | ) | |

The court's evidentiary rulings are memorialized in the table below.

**Legend:**

| | | | | |
|---|---|---|---|---|
| R | Relevance | | * | Sacred Heart objects to Lines 16 – 18 attorney colloquy |
| H | Hearsay | | ** | This passage violates the parties' agreement as formalized at the pretrial conference regarding the use of proper names. |
| F | Foundation | | | |
| 403 | Fed. R. Evid. 403 | | *** | Per rule 32, Sacred Heart designates additionally, p. 69 line 17 to p. 70 line 6 necessary to clarify immediately preceding passage designated by AHN. |
| S | Sustained | | | |
| O | Overruled | | | |

| AHN | SHH | DESCRIPTION | OBJ | RULING |
|---|---|---|---|---|
| | X | Depo of Arthur Taylor (Vol. I): Pg. 7, Ln. 16 through 10, Ln. 18 | R, 403 | S |
| | X | Depo of Arthur Taylor (Vol. I): Pg. 15, Ln. 4 through 19, Ln. 17 | R beginning on Pg. 18 | S |
| | X | Depo of Arthur Taylor (Vol. I): Pg. 22, Ln. 2 through 23, Ln. 3 | R, Legal Conc. | O |
| | X | Depo of Arthur Taylor (Vol. I): Pg. 31, Ln. 22 through 39, Ln. 23 | H,F,R, 403, Legal Conc., Best Ev. | O |
| | X | Depo of Arthur Taylor (Vol. I): Pg. 54, Ln. 13 through 64, Ln. 12 | Best Ev., R, 403, F, H | O |
| | X | Depo of Arthur Taylor (Vol. I): Pg. 75, Ln. 1 through 78, Ln. 13 | Best Ev., F,R,H | O |
| | X | Depo of Arthur Taylor (Vol. II): Pg. 8, Ln. 7 through 9, Ln. 8 | | |
| | X | Depo of Arthur Taylor (Vol. II): Pg. 13, Ln. 25 through 14, Ln. 10 | Best Ev., R | O |
| | X | Depo of Arthur Taylor (Vol. II): Pg. 15, Ln. 18 through 15, Ln. 25 | F, R, H | O |
| | X | Depo of Arthur Taylor (Vol. II): Pg. 16, Ln. 2 through 17, Ln. 7 | R | O |

| AHN | SHH | DESCRIPTION | OBJ | RULING |
|---|---|---|---|---|
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 22, Ln. 20 through 23, Ln. 8 |  |  |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 24, Ln. 21 through 25, Ln. 17 |  |  |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 27, Ln. 15 through 30, Ln. 1 | Best Ev, R | O |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 31, Ln. 20 through 32, Ln. 20 | Best Ev., R | O |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 37, Ln. 25 through 38, Ln. 11 | R | O |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 38, Ln. 13 through 39, Ln. 5 | Best Ev., R | O |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 44, Ln. 21 through 45, Ln. 13 | Best Ev., R | O |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 46, Ln. 16 through 46, Ln. 22 |  |  |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 48, Ln. 25 through 49, Ln. 19 | Best Ev., R | O |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 52, Ln. 4 through 52, Ln. 11 | F | O |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 59, Ln. 15 through 59, Ln. 20 |  |  |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 61, Ln. 1 through 61, Ln. 6 |  |  |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 68, Ln. 20 through 71, Ln. 3 | H, R, Best Ev. | O |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 85, Ln. 20 through 86, Ln. 4 | Best Ev., R | O |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 86, Ln. 6 through 86, Ln. 13 |  |  |
|  | X | Depo of Arthur Taylor (Vol. II): Pg. 87, Ln. 15 through 91, Ln. 21 | R | O |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 3, Ln. 9-18 | * | S |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 4, Ln. 19 through 7, Ln. 15 |  |  |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 11, Ln. 6-12 | R, ** | S per Final PTC |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 17, Ln. 11-22 |  |  |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 18, Ln. 17-21 |  |  |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 32, Ln. 11-21 |  |  |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 39, Ln. 24 through Pg. 40, Ln. 13 |  |  |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 49, Ln. 8 through Pg. 50, Ln. 9 | F | O |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 54, Ln. 16 through Pg. 56, Ln. 21 |  |  |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 63, Ln. 15 through Pg. 64, Ln. 22 |  |  |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 67, Ln. 13 through Pg. 68, Ln. 13 |  |  |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 69, Ln. 9-16 | F, *** | O-Found. S-as to R.32 |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 70, Ln. 7 through Pg. 72, Ln. 12 | F, H | O |
| X |  | Depo of Arthur Taylor (Vol. I): Pg. 83, Ln. 10 through Pg. 84, Ln. 8 |  |  |
| X |  | Depo of Arthur Taylor (Vol. II): Pg. 5, Ln. 6 through Pg. 6, Ln. 11 |  |  |

| AHN | SHH | DESCRIPTION | OBJ | RULING |
|---|---|---|---|---|
| X | | Depo of Arthur Taylor (Vol. II): Pg. 20, Ln. 16 through Pg. 22, Ln. 19 | R, F | O |
| X | | Depo of Arthur Taylor (Vol. II): Pg. 33, Ln. 15-23 | | |
| X | | Depo of Arthur Taylor (Vol. II): Pg. 72, Ln. 19 through Pg. 73, Ln. 11 | F, *** | O-Found. S-as to R.32 |
| X | | Depo of Arthur Taylor (Vol. II): Pg. 74, Ln. 1 through Pg. 79, Ln. 22 | F, *** | O-Found. S-as to R.32 |
| X | | Depo of Arthur Taylor (Vol. II): Pg. 80, Ln. 12-18 | F, *** | O-Found. S-as to R.32 |
| X | | Depo of Arthur Taylor (Vol. II): Pg. 83, Ln. 2 through Pg. 84, Ln. 21 | F, Legal Conc. | O |
| | X | Depo of Francis Grabowski: Pg. 8, Ln. 17 through Pg. 23, Ln. 24 | R,F, 403 beginning with Pg. 18 | O |
| | X | Depo of Francis Grabowski: Pg. 33, Ln. 16 through Pg. 38, Ln. 2 | F,H,403 | O |
| | X | Depo of Francis Grabowski: Pg. 50, Ln. 20 through Pg. 51, Ln. 7 | R,H,F | O |
| | X | Depo of Francis Grabowski: Pg. 75, Ln. 13 through Pg. 82, Ln. 12 | H,F,403 | O |
| | X | Depo of Francis Grabowski: Pg. 108, Ln. 10 through Pg. 110, Ln. 24 | F,R,H, 403 | S-relevance |
| X | | Deposition of Francis Charles Grabowski: Pg. 4, Ln. 6-10. | | |
| X | | Deposition of Francis Charles Grabowski: Pg. 7, Ln. 3-4. | | |
| X | | Deposition of Francis Charles Grabowski: Pg. 32, Ln. 23 – Pg. 33, Ln. 15. | | |
| X | | Deposition of Francis Charles Grabowski: Pg. 38, Ln. 3-13. | | |
| X | | Deposition of Francis Charles Grabowski: Pg. 49, Ln. 7 – Pg. 50, Ln. 2. | F, R, 403 | O |
| X | | Deposition of Francis Charles Grabowski: Pg. 50, Ln. 12-19. | | |
| X | | Deposition of Francis Charles Grabowski: Pg. 52, Ln. 1-6. | F, R, 403 | O |
| X | | Deposition of Francis Charles Grabowski: Pg. 63, Ln. 20 – Pg. 64, Ln. 5. | R, 403 | O |
| X | | Deposition of Francis Charles Grabowski: Pg. 70, Ln. 5-16. | R, 403 | O |
| X | | Deposition of Francis Charles Grabowski: Pg. 96, Ln. 3-16. | | |
| X | | Deposition of Francis Charles Grabowski: Pg. 117, Ln. 7-16. | | |
| X | | Deposition of Francis Charles Grabowski: Pg. 126, Ln. 23 – Pg. 128, Ln. 4. | R, 403 | O |
| X | | Deposition of Francis Charles Grabowski: Pg. 131, Ln. 21 – Pg. 132, Ln. 10. | | |
| X | | Deposition of Francis Charles Grabowski: Pg. 136, Ln. 11-21. | R, F, Form 403 | O |

| AHN | SHH | DESCRIPTION | OBJ | RULING |
|---|---|---|---|---|
|  | X | Depo of Jennie Powers: Pg. 8, Ln. 6 through Pg. 21, Ln. 2 | R,F,H, 403 beginning on Pg.19 | O |
|  | X | Depo of Jennie Powers: Pg. 28, Ln. 20 through Pg. 29, Ln. 20 |  |  |
|  | X | Depo of Jennie Powers: Pg. 57, Ln. 23 through Pg. 72, Ln. 17 | R,H,F, 403 | O |
| X |  | Depo of Jennie Powers: Pg. 21, Ln. 3-13 |  |  |
| X |  | Depo of Jennie Powers: Pg. 25, Ln. 17-20 | F | O |
| X |  | Depo of Jennie Powers: Pg. 32, Ln. 18 through Pg. 33, Ln. 13 | H | O |
| X |  | Depo of Jennie Powers: Pg. 52, Ln. 6 through Pg. 53, Ln. 16 | R, F, 403 | O |
| X |  | Depo of Jennie Powers: Pg. 54, Ln. 11-19 |  |  |
| X |  | Depo of Jennie Powers: Pg. 55, Ln. 8-9; Pg. 57, Ln. 5-22 | R, F, 403 | O |
| X |  | Depo of Jennie Powers: Pg. 72, Ln. 18 through Pg. 73, Ln. 6 |  |  |
| X |  | Depo of Jennie Powers: Pg. 82, Ln. 3-13 |  |  |
| X |  | Depo of Jennie Powers: Pg. 111, Ln. 13 through Pg. 113, Ln. 5 | F | O |
| X |  | Depo of Jennie Powers: Pg. 123, Ln. 18 through Pg. 125, Ln. 4 | R, 403 | O |
|  | X | Depo of Gregory Horeni: Pg. 7, Ln. 18 through Pg. 12, Ln. 15 |  |  |
|  | X | Depo of Gregory Horeni: Pg. 21, Ln. 1 through Pg. 27, Ln. 20 |  |  |
|  | X | Depo of Gregory Horeni: Pg. 32, Ln. 9 through Pg. 33, Ln. 12 |  |  |
|  | X | Depo of Gregory Horeni: Pg. 39, Ln. 21 through Pg. 43, Ln. 22 |  |  |
|  | X | Depo of Gregory Horeni: Pg. 50, Ln. 19 through Pg. 51, Ln. 16 | H | O |
|  | X | Depo of Gregory Horeni: Pg. 92, Ln. 9 through Pg. 97, Ln. 1 | F,R,H, 403 | O |
| X |  | Depo of Gregory Horeni: Pg. 4, Ln. 6-13 |  |  |
| X |  | Depo of Gregory Horeni: Pg. 16, Ln. 23 through Pg. 17, Ln. 3 |  |  |
| X |  | Depo of Gregory Horeni: Pg. 18, Ln. 1 through Pg. 20, Ln. 24 |  |  |
| X |  | Depo of Gregory Horeni: Pg. 33, Ln. 13-24 |  |  |
| X |  | Depo of Gregory Horeni: Pg. 44, Ln. 8 through Pg. 45, Ln. 12 |  |  |
| X |  | Depo of Gregory Horeni: Pg. 49, Ln. 16 through Pg. 50, Ln. 18 |  |  |
| X |  | Depo of Gregory Horeni: Pg. 51, Ln. 17 through Pg. 52, Ln. 3 |  |  |
| X |  | Depo of Gregory Horeni: Pg. 65, Ln. 12-16 | F | O |
| X |  | Depo of Gregory Horeni: Pg. 75, Ln. 22 through Pg. 76, Ln. 14 |  |  |
| X |  | Depo of Gregory Horeni: Pg. 81, Ln. 1-8 | R, 403 | O |
| X |  | Depo of Gregory Horeni: Pg. 97, Ln. 2 through Pg. 99, Ln. 3 | F | O |
| X |  | Depo of Gregory Horeni: Pg. 101, Ln. 4-7 | R, F, 403 | O |

| AHN | SHH | DESCRIPTION | OBJ | RULING |
|---|---|---|---|---|
|  | X | Depo of Susan Davilla: Pg. 8, Ln. 9 through Pg. 22, Ln. 9 | F,R beginning on Pg. 19 | O |
|  | X | Depo of Susan Davilla: Pg. 29, Ln. 6-25 | F | O |
|  | X | Depo of Susan Davilla: Pg. 55, Ln. 22 through Pg. 58, Ln. 19 | H,F,R, 403 | O |
|  | X | Depo of Susan Davilla: Pg. 60, Ln. 21 through Pg. 66, Ln. 19 | H,R,F, 403 | O |
|  | X | Depo of Susan Davilla: Pg. 69, Ln. 2 through Pg. 70, Ln. 7 | F,H,R, 403, non-respons. | O |
|  | X | Depo of Susan Davilla: Pg. 141, Ln. 10 through Pg. 143, Ln. 2 | F,R, 403 | O |
| X |  | Deposition of Susan K. Davila: Pg. 2, Ln. 7-12. |  |  |
| X |  | Deposition of Susan K. Davila: Pg. 30, Ln. 1-6. |  |  |
| X |  | Deposition of Susan K. Davila: Pg. 35, Ln. 17 – Pg. 36, Ln. 3. |  |  |
| X |  | Deposition of Susan K. Davila: Pg. 43, Ln. 1 – Pg. 44, Ln. 9. | R, F, 403 | O |
| X |  | Deposition of Susan K. Davila: Pg. 51, Ln. 17 – Pg. 52, Ln. 15. | R, F, 403 | O |
| X |  | Deposition of Susan K. Davila: Pg. 66, Ln. 20 – Pg. 67, Ln. 5. |  |  |
| X |  | Deposition of Susan K. Davila: Pg. 86, Ln. 6 – Pg. 87, Ln. 2 |  |  |
| X |  | Deposition of Susan K. Davila: Pg. 111, Ln. 24 – Pg. 113, Ln. 17. |  |  |
| X |  | Deposition of Susan K. Davila: Pg. 115, Ln. 6-16. |  |  |
| X |  | Deposition of Susan K. Davila: Pg. 118, Ln. 8 – Pg. 120, Ln. 13. | R, F, 403 | S-Relevance |
| X |  | Deposition of Susan K. Davila: Pg. 121, Ln. 11-15. |  |  |
| X |  | Deposition of Susan K. Davila: Pg. 126, Ln. 3-13. | R, F, 403 | O |
| X |  | Deposition of Brand Gangware: Pg. 4, Ln. 6 – Pg. 10, Ln. 17. |  |  |
| X |  | Deposition of Brand Gangware: Pg. 24, Ln. 6 – Pg. 27, Ln. 7. | R | S |
| X |  | Deposition of Brand Gangware: Pg. 31, Ln. 3-7. |  |  |
| X |  | Deposition of Brand Gangware: Pg. 33, Ln. 14 – Pg. 34, Ln. 14. | R | S |
| X |  | Deposition of Brand Gangware: Pg. 68, Ln. 18-21. |  |  |
| X |  | Deposition of Brand Gangware: Pg. 79, Ln. 1-8. | F,R | S-Relevance |

**IT IS SO ORDERED.**

**DATED April 28, 2006.**

         **BY THE COURT:**

         **s/ F.A. Gossett**
         **United States Magistrate Judge**