# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

AMERICAN HEALTHNET, INC., A )
Nebraska Corporation, )            Case No. 8:04CV9
)
    Plaintiff, )
)
    v. )
)                                   **ORDER**
WEST SIDE COMMUNITY HOSPITAL, )    **ON OBJECTIONS TO**
INC., d/b/a SACRED HEART )          **INTERROGATORIES**
HOSPITAL, )
)
    Defendant. )

This case is before the court on American Healthnet's Objections to Interrogatories. The objections are found in the court's April 24, 2006 Order on Final Pretrial Conference [149].

**IT IS ORDERED:**

1.  American Healthnet's objections to answers in Sacred Heart's Amended First Set of Interrogatories served August 3, 2004 are overruled as to Answers 1, 9, 10, 12, 15, and 16.

2.  American Healthnet's Objections to Sacred Heart's Amended First Set of Interrogatories served August 3, 2004 are sustained as to Answers 20, 21, and 22, as the answers may contain proprietary and trade-secret information.

3.  American Healthnet's Objection to Sacred Heart's Second Set of Interrogatories served December 16, 2005 is overruled as to Answer 1.  American Healthnet's Objection is sustained as to Answers 2 and 3 as the answers may contain proprietary and trade-secret information.

4.   Because I believe issues may exist as to whether specific information is proprietary or trade-secret information, all rulings in this order are without prejudice to Sacred Heart raising specific evidentiary issues at time of trial.

Dated this 1st day of May 2006.


BY THE COURT:


S/ F. A. Gossett
United States Magistrate Judge