IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN HEALTHNET, INC., A Nebraska Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESTSIDE COMMUNITY HOSPITAL, INC., An Illinois Corporation d/b/a/ SACRED HEART HOSPITAL,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　　　8:04CV9<br>)<br>)　　　ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

　　**IT IS ORDERED** that Sacred Heart's motion for extension of time is granted. Sacred Heart is given until and including June 15, 2006 to file a brief and index in support of the issues raised in its Motion for Partial New Trial [181]. American HealthNet is given until July 5, 2006 to file its response to Sacred Heart's motion.

　　**DATED June 1, 2006.**

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　**United States Magistrate Judge**