IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN HEALTHNET, INC., A Nebraska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTSIDE COMMUNITY HOSPITAL, INC., An Illinois Corporation d/b/a/ SACRED HEART HOSPITAL,<br><br>Defendant. | 8:04CV9<br><br>ORDER |

American HealthNet (AHN) requests an extension of time to respond to Sacred Heart's Motion for Partial New Trial [181] so that a trial transcript may be prepared. For good cause shown, and upon the representation that there is no objection to an extension,

**IT IS ORDERED** that the motion for extension of time [189] is granted. American HealthNet shall file its response to Sacred Heart's Motion for Partial New Trial [181] within ten (10) business days after the court reporter completes the transcript.

**DATED July 5, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**